UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re CHARLES E. GRIFFIN II, H77636,
Plaintiff.

Case No. 17-cv-06009-CRB (PR)

**ORDER OF DISMISSAL**

On October 20, 2017, the clerk filed as a new prisoner action a letter from plaintiff complaining of difficulties with the processing of inmate grievances at California Medical Facility. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved <u>in forma pauperis</u> (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

Plaintiff instead has filed a letter explaining that "[i]t wasn't my intention[] at this point to file . . . a new civil action." ECF No. 4 at 1. Good cause appearing therefor, the case is DISMISSED without prejudice. The clerk is instructed to close this matter as improvidently opened. No filing fee is due.

**IT IS SO ORDERED**.

Dated: November 6, 2017

_____
CHARLES R. BREYER
United States District Judge